IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-00447-CYC

ADILET SHARSHENOV,

    Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Center;
ROBERT HAGAN, Director, ICE Denver Field Office;
TODD M. LYONS, Acting Director, Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of the Department of Homeland Security; and
PAMELA BONDI, Attorney General of the United States,
all in their official capacities,

    Respondents.

---

**ORDER TO SHOW CAUSE**

---

**Cyrus Y. Chung, United States Magistrate Judge.**

    This matter is before the Court on the Application for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), ECF No. 1, filed by Petitioner Adilet Sharshenov ("Petitioner"). The Petitioner is currently detained at the ICE Aurora Contract Detention Center in Aurora, Colorado, which is under the custody and control of the Respondents. *Id*. ¶¶ 5, 16, 18. He seeks (1) a Court order instructing the Respondents to release him or provide him a bond hearing, (2) an order prohibiting the Respondents from transferring him out of this District while this action proceeds, and (3) enjoin the Respondents from re-detaining the Petitioner absent lawful statutory authority and constitutionally sufficient procedures. *Id*. ¶ 14 and at 25–26.

Upon review of the Petition, it is hereby ORDERED that, **on or before February 10, 2026**, the Petitioner shall serve the Respondents with the Petition, exhibits, and this Order to Show Cause. Within **48 hours** of serving the Respondents, the Petitioner shall file proof of service on the docket, and counsel for the Respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before February 20, 2026**, the Respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before February 27, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 3, is **February 20, 2026**.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, it is further ORDERED that the Respondents **SHALL NOT REMOVE** the Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Leyva Ramirez v.*

2

*Baltazar*, No. 26-cv-00199-NYW, ECF No. 16 at 1–2 (D. Colo. Jan. 21, 2026).

Entered and dated this 6th day of February, 2026, at Denver, Colorado.

BY THE COURT:

_____

Cyrus Y. Chung
United States Magistrate Judge

3